4298.   PURYEAR *v.* STANSELL.

HILL, C. J. 1. No error of law is complained of, and the evidence on the controlling issue of fact was in direct conflict.

2. The alleged newly discovered testimony was merely cumulative.
                                      *Judgment affirmed.*

DECIDED NOVEMBER 12, 1912.

Appeal; from Gordon superior court—Judge Fite. April 27, 1912.

*J. G. B. Erwin,* for plaintiff in error.   *F. A. Cantrell,* contra.